FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 13 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
LESLIE DAVISON

-v-

WEN PARKER LOGISTICS
-------------------------------X

ORDER
CV05-1120 (JBW)

References to constitutional violations are stricken from the complaint. The motion to remand to state court is granted. See oral discussion of motion on the record.

SO ORDERED

_____
JACK B. WEINSTEIN
SR. U.S.D.J.

DATED: 10/5/05